The People of the State of New York, on the Complaint of Alson Dolane, Police Officer, and Max Studley, Complainant, Respondents, v. Shigetomi Inouye, Appellant.— Judgement unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Empire Trust Company, as Trustee, etc., of Matilda Weinroth, Deceased. Phyllis Weinroth, Daughter of Decedent, etc., Objectant, Appellant; Empire Trust Company, as Trustee, etc., Respondent.— Decree unanimously affirmed, with costs to the respondent payable out of the fund. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Alfred Turner, Respondent, Appellant, v. Rutland Railroad Company, Appellant, Respondent.— Judgment, and order so far as appealed from, unanimously affirmed, with costs to the plaintiff. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Sterling National Bank & Trust Company of New York, as Trustee under a Mortgage Indenture Dated June 15, 1936, Made By 7 East 44th St. Corp., Plaintiff, v. 7 East 44th St. Corp. and Others, Defendants. In the Matter of the Application of Sterling National Bank & Trust Company of New York, as Trustee, etc., for Instructions as to Its Duties under Said Mortgage Indenture, Appellant, and by City Bank Farmers Trust Company and Another, as Trustees for Direction that $9,450 Be Applied to Taxes, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion, Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application by Harry Jampol, Louis Fryer, Jack Dinin and Eighteen (18) Others, Petitioners, Appellants, against Paul J. Kern, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Sigismund S. Goldwater, Commissioner of Hospitals, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [Sub nom. Matter of Jampol v. Finegan, 167 Misc. 823.]

In the Matter of the Application by Charles W. Ballard, Petitioner, Appellant, against John L. Rice, Commissioner of Health of the City of New York, and The New York City Employees' Retirement System, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [167 Misc. 826.]

In the Matter of the Appointment of a Committee of the Estate of Margaret Wheeler, an Alleged Incompetent Person. Flora Belle Carlsen, Appellant; Dr. David Corcoran, Superintendent of the Central Islip State Hospital and Florence Perlow, Committee, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Diana Belais, Appellant, v. Karlan & Bleicher, Inc., and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Cohn, J., dissents and votes for affirmance. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.